IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | File No. 5:23-mj-68 (CHW) |
| | : | |
| MICHAEL BRADLEY, | : | Charging District's Case No: |
| | : | 23-mj-237 (D.D.C.) |
| Defendant. | : | |

ORDER OF REMOVAL TO ANOTHER DISTRICT

The above-named defendant is charged in a criminal complaint with a violation of provisions of federal criminal law, alleged to have been committed in the District of Columbia.

At a hearing under provisions of Rule 5(c)(3) of the Federal Rules of Criminal Procedure, the Government produced the arrest warrant, and the Defendant waived the right to an identity hearing, admitting that he was the person named in the complaint. Defendant has reserved the right to a preliminary hearing in the district of prosecution.

Defendant was represented by appointed counsel at the initial appearance and will be requesting appointed counsel in the district of prosecution.

The undersigned finds that Defendant is entitled to pre-trial release under the Bail Reform Act, 18 U.S.C. § 3142, *et seq*., and has entered an order setting conditions of release.

WHEREFORE, this case is ordered REMOVED to the district of prosecution. The Clerk of this Court shall promptly transmit the papers in this case to Clerk of Court for the district of prosecution.

SO ORDERED AND DIRECTED, this 8th day of SEPTEMBER, 2023.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge